IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBIN WOOD,

      Plaintiff,

vs.                                        No.  12-CV-00775 LH/GBW

HARRY LIFORD BENNETT and
WESTERN EXPRESS,

      Defendant.

## MOTION FOR CONTINUANCE

      COMES NOW William S. Ferguson, and hereby moves the Court for a continuance of the February 12, 2014 hearing presenting scheduled in this matter and as grounds states the following:

      1.      A hearing has been scheduled in this matter on February 12, 2014 at 3:00 pm, pursuant to Doc. 66, the Order Setting Hearing, filed in this matter on January 15, 2014.

      2.      The Order requires counsel for Plaintiff, Frank V. Balderrama, and counsel who covered the January 15, 2014 Settlement Conference, William S. Ferguson, to attend the February 12th hearing in person.

      3.      William S. Ferguson has a previously scheduled trip out of state, with non-refundable tickets leaving Albuquerque on February 12, 2014 through February 17, 2014.

      4.      Movant requests a rescheduling of the hearing to the nearest available date.

      5.      Counsel for Defendants have been contacted regarding this request and do not oppose.

      WHEREFORE, Movant respectfully prays the Court grant a continuance of the hearing currently scheduled for February 12, 2014, to the next available date, and for such other and further relief as may be just and proper.

Respectfully submitted:

WILL FERGUSON & ASSOCIATES


*/s/ William S. Ferguson*
WILLIAM S. FERGUSON
*Attorneys for Plaintiff*
1720 Louisiana Blvd NE, Suite 100
Albuquerque, NM 87110
505 243-5566

I hereby certify that on the 16th day of January 2014, the foregoing pleading was electronically filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Scott Owen, Esq.:  msowen@btblaw.com
Paul Yarbrough, Esq.: ptyarbrough@btblaw.com

*/s/ William S. Ferguson*
WILLIAM S. FERGUSON