# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## United States Magistrate Judge

### Clerk's Minutes

**CIV 12-775 LH/GBW**
*Wood v. Bennett et al.*
Date of Hearing: 1/15/14

| | |
|---|---|
| **Representatives for Plaintiff:** | Robin Wood, Roland Lowell |
| **Attorneys for Plaintiff**: | Will Ferguson |
| **Representatives for Defendant**: | |
| **Attorneys for Defendant:** | M. Scott Owen |
| **Proceedings**: | Settlement Conference |
| *Start Time*: | 10:30 a.m. |
| *Stop Time*: | 1:30 p.m. |
| **Total Time:** | **3 hours** |
| **Clerk**: | RLK |
| **Notes:** | The parties did not reach a settlement. |