IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBIN WOOD,

       Plaintiff,

vs.                                  CIV No. 12-00775 LH/GBW

HARRY LINFORD BENNETT and
WESTERN EXPRESS,

       Defendant.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion of Plaintiff, Robin Wood, and Defendants, Harry Linford Bennett and Western Express, to dismiss Plaintiffs' Complaint with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court having reviewed said Motion, and being otherwise fully advised in the premises, FINDS that the Motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint and any and all claims set forth therein or that could have been brought are hereby dismissed with prejudice and each side shall bear their own costs.

_____
SENIOR UNITED STATES DISTRICT JUDGE

Respectfully submitted,

BUTT THORNTON & BAEHR PC

*Electronically signed:*
*/s/ M. Scott Owen*
M. Scott Owen, Esq.
*Attorneys for Defendants*
P.O. Box 3170
Albuquerque, NM  87190
Telephone: (505) 884-0777
Email: msowen@btblaw.com

APPROVED:

WILL FERGUSON & ASSOCIATES

**Approved via email 2-7-14**
Frank V. Balderrama, Esq.
*Attorneys for Plaintiff*
1720 Louisiana N.E., Suite 100
Albuquerque, NM 87110
Telephone: (505) 243-5566
Email: frank@fergusonlaw.com