THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBIN WOOD,**

       Plaintiff,

v.                                                                                                            No. Civ. 12-0775 LH/GBW

**HARRY LINFORD BENNETT** and
**WESTERN EXPRESS,**

       Defendants.

## FINAL JUDGMENT

The parties, after having reached a settlement agreement, stipulated to the dismissal with prejudice of all claims against all Defendants. This Final Judgment, in compliance with Rule 58 of the Federal Rules of Civil Procedure, adjudicates all existing claims and liabilities of the parties.

**IT IS HEREBY ORDERED** that final judgment is entered pursuant to the Stipulated Order of Dismissal with Prejudice, and the case is **DISMISSED WITH PREJUDICE**.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**