IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBIN WOOD

    Plaintiff,

v.                                                                                                            CIV No. 12-775 LH/GBW

HARRY LIFORD BENNETT, and
WESTERN EXPRESS,

    Defendants.

## AMENDED ORDER SETTING HEARING

On January 15, 2014, the Court issued an order setting a hearing regarding possible non-compliance with the Court's order setting a settlement conference and/or failure to participate in good faith as required by Rule 16(f) in that conference. *Doc. 66*. The hearing required the personal appearance of counsel and was originally set for February 12, 2014. *Id*. Pursuant to motion of Plaintiff's counsel, the hearing was moved to February 19, 2014 at 10:30 a.m. *Docs. 67, 69*. The case has been settled and dismissed by stipulation of the parties. *Docs. 70, 71, 72*. While the Court still believes a hearing is necessary, it has concluded that a telephonic hearing (on the same date and at the same time) will suffice. As such, the Court hereby amends its order setting hearing to require only telephonic appearance by counsel originally ordered to appear in person.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE